[No. 64401-7-I.   Division One.   June 6, 2011.]

*In the Matter of the Estate of* MARY L. WICKS.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-4-00261-1, Thomas J. Wynne, J., entered October 15, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Spearman, JJ.

[No. 64416-5-I.   Division One.   June 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DEGALVEZ WILLIAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-01631-0, Catherine D. Shaffer, J., entered October 27, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Spearman, J., concurred in by Becker and Ellington, JJ.

[No. 64596-0-I.   Division One.   June 6, 2011.]

NADEZHDA PANITKOVA, *Individually and as Guardian*, *Appellant*, v. PAVEL PANITKOV ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-13006-1, Hollis R. Hill, J., entered November 12, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Cox, J.

[No. 65049-1-I.   Division One.   June 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CELESTINO SERRANO HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03106-8, Hollis R. Hill, J., entered March 8, 2010. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Lau, JJ.